IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWARD STALEY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CV405-64 |
| HILTON HALL, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Before the Court is the February 13, 2006 Report and Recommendation of Magistrate Judge Smith, recommending that Petitioner's habeas petition be dismissed for failure to state grounds upon which § 2254 relief may be granted.[1] (Doc. 26.) After a careful de novo review of the record in this case, including Petitioner's original and amended objections, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this 7th day of July, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Also, before the Court is Petitioner's "Motion To Be Allowed To Add The Following Legal Argument To My Objections." (Doc. 38.) After careful consideration, Petitioner's motion to add is **GRANTED**. The Court will consider his additional legal arguments with the remainder of his objections.